NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

BRIAN W. IRVIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
brian.irvin@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jeanette Teal, Individually and as heir and as Administratrix of the Estate of Everett Teal (deceased) and Russell Teal, Individually and as heir,<br><br>Plaintiffs,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | Case No.: 2:19-cv-00263-MMD-VCF<br><br>**Stipulation For Extension of Time to File Answer to Plaintiff's Complaint (First Request)** |

Pursuant to Local Rule IA 6-1, Defendant United States of America requests a 30-day extension of time to file an answer or otherwise respond to Plaintiff's Complaint. (ECF No. 1). Based on the date of service of the summons and complaint on the United States, the answer or other response is due by May 28, 2019. With the extension, the new deadline to answer or otherwise respond would be June 27, 2019. This is the United States' first request for extension and, there is good cause for the request.

This is a wrongful death claim brought under the Federal Tort Claims Act ("FTCA"). Plaintiff alleges that a VA doctor erroneously gave the shingles vaccination to the decedent, which eventually caused decedent's death. Given the nature of this action, counsel for the United States must review the decedent's medical records before responding to the allegations in the Complaint. Counsel for the United States has made efforts to

obtain the medical records within the answering deadline, but is still awaiting a complete set of records from the VA. The United States does not anticipate that more than the 30 days requested will be necessary to obtain the medical records and to answer or otherwise respond to the Complaint. Counsel for the United States has discussed this matter with counsel for Plaintiff. The parties agree to the proposed 30-day extension.

**WHEREFORE**, the United States respectfully requests that this stipulation be granted and that the answer or other response be made due by **June 27, 2019**.

Respectfully submitted this 22nd day of May 2019.

| | |
|---|---|
| THE GAGE LAW FIRM, PLLC | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ David O. Creasy<br>DAVID O. CREASY<br>Counsel for Plaintiff | /s/ Brian W. Irvin<br>BRIAN W. IRVIN<br>Assistant United States Attorney<br>Counsel for Defendant |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

6-7-2019
**DATED:** _____