1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
3  Nevada Bar Number 13644

4  BRIAN W. IRVIN
   Assistant United States Attorney
5  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
6  (702) 388-6336
   brian.irvin@usdoj.gov
7
   *Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Jeanette Teal, Individually and as heir and as Administratrix of the Estate of Everett Teal (deceased) and Russell Teal, Individually and as heir,<br><br>Plaintiffs,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | Case No.: 2:19-cv-00263-MMD-VCF<br><br>**Stipulation For Extension of Time to File Answer to Plaintiff's Complaint (Second Request)** |

Pursuant to Local Rule IA 6-1, Defendant United States of America requests a 45-day extension of time to file an answer or otherwise respond to Plaintiff's Complaint. (ECF No. 1). Based on the date of service of the summons and complaint on the United States, the answer or other response was due by May 28, 2019. The parties stipulated to an extension for Defendant to file an answer or other response by June 27, 2019. *See* ECF No. 8. With this extension, the new deadline to answer or otherwise respond would be August 12, 2019. This is the United States' second request for extension and, there is good cause for the request.

This is a wrongful death claim brought under the Federal Tort Claims Act ('FTCA"). Plaintiff alleges that a VA doctor erroneously gave the shingles vaccination to the decedent, which eventually caused decedent's death. Given the nature of this action,

counsel for the United States must review the decedent's medical records before responding to the allegations in the Complaint. Counsel for the United States continue to make efforts to obtain the medical records, but is still awaiting a complete set of records from the VA. The United States expects that he will be able to obtain the medical records and to answer or otherwise respond to the Complaint within 45 days. Counsel for the United States has discussed this matter with counsel for Plaintiff. The parties agree to the proposed 45-day extension.

**WHEREFORE**, the United States respectfully requests that this stipulation be granted and that the answer or other response be made due by **August 12, 2019**.

Respectfully submitted this 27th day of June 2019.

| THE GAGE LAW FIRM, PLLC | NICHOLAS A. T`RUTANICH |
| --- | --- |
| | United States Attorney |
| /s/ David O. Creasy | /s/ Brian W. Irvin |
| DAVID O. CREASY | BRIAN W. IRVIN |
| ONE Summerlin | Assistant United States Attorney |
| 1980 Festival Plaza Drive, Suite 270 | |
| Las Vegas, Nevada 89135 | *Attorneys for the United States* |
| *Attorneys for Plaintiffs* | |

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** July 11, 2019