IVY GAGE, ESQ.
Nevada Bar No. 5958
igage@gagelawfirm.com
**DAVID O. CREASY, ESQ.**
Nevada Bar No. 6943
dcreasy@gagelawfirm.com
THE GAGE LAW FIRM, PLLC
ONE Summerlin
1980 Festival Plaza Drive, Ste. 270
Las Vegas, Nevada 89128
(702)869-0800/(702)869-0900 (fax)
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEANNETTE TEAL, Individually and as heir and as Administratrix of the Estate of EVERETT TEAL (deceased) and RUSSELL TEAL, Individually and as heir,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:19-cv-00263<br><br>Stipulation For Extension of Time to File Opposition to USA's Motion to Dismiss Plaintiffs' Second Cause of Action (First Request) |

Pursuant to Local Rule IA 6-1, Plaintiffs request a 10 day extension of time to file an Opposition to Defendant's Motion to Dismiss Plaintiffs' Second Cause of Action. (ECF No. 11). Based on the date of filing of the motion, the Opposition was due by August 26, 2010. Plaintiffs' counsel was ill during the week of August 19, 2019 and then was in New York for depositions until August 29, 2019 and was not able to complete the Opposition. Defendant USA has graciously agreed to allow Plaintiffs more time to file their opposition. With this extension, the new deadline to file the Opposition would be September 5, 2019. This is Plaintiffs' first request for extension, and there is good cause for the request.

/ / /

**WHEREFORE**, the Plaintiffs respectfully request that this Stipulation be granted and the response be made due by September 5, 2019.

Dated this 29th day of August, 2019.

| THE GAGE LAW FIRM, PLLC | NICHOLAS A. TRUTANICH |
| --- | --- |
| | United States Attorney |
| /s/ David Creasy | /s/ Brian W. Irvin |
| DAVID O. CREASY, ESQ., | BRIAN W. IRVIN |
| Counsel for Plaintiff | Assistant United State Attorney |
| | Counsel for Defendant |

**IT IS SO ORDERED:**

_____
UNITED STATE DISTRICT JUDGE
~~UNITED STATES MAGISTRATE JUDGE~~

**DATED:** August 29, 2019

The Gage Law Firm, PLLC
ONE Summerlin
1980 Festival Plaza Drive, Ste. 270
Las Vegas, Nevada 89135
Phone: 702/869-0800 Fax: 702/869-0900