**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JEANETTE TEAL, INDIVIDUALLY AND AS HEIR AND AS ADMINISTRATOR OF THE ESTATE OF EVERETT TEAL (DECEASED) AND RUSSELL TEAL, INDIVIDUALLY AND AS HEIR,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　Defendant. | Case No. 2:19-cv-00263-MMD-VCF<br><br>**<u>ORDER</u>** |

Before the Court is the Motion for Exception to Settlement Conference Attendance Requirement (ECF No. 27).

No opposition has been filed. Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, it seems as though the plaintiffs have consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that the Motion for Exception to Settlement Conference Attendance Requirement (ECF No. 27) is GRANTED.

Assistant United States Attorney ("AUSA") Brian Irvin may attend the settlement conference as the sole settlement representative for the United States.

DATED this 1st day of May, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE