# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

JEANETTE TEAL, INDIVIDUALLY AND AS HEIR AND AS ADMINISTRATOR OF THE ESTATE OF EVERETT TEAL (DECEASED) AND RUSSELL TEAL, INDIVIDUALLY AND AS HEIR,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

Defendant.

2:19-cv-00263-MMD-VCF

**ORDER**

The parties were ordered to file a proposed stipulation and order for dismissal on or before July 13, 2020. (ECF NO. 29).

To date, no proposed stipulation and order for dismissal (ECF NO. 29) has been filed.

Accordingly,

IT IS HEREBY ORDERED that an in-chambers telephonic hearing is scheduled for 10:00 AM, July 21, 2020.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

DATED this 16th day of July, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE