NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

BRIAN W. IRVIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brian.Irvin@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jeanette Teal, Individually and as heir and as Administratrix of the Estate of Everett Teal (deceased) and Russell Teal, Individually and as heir,<br><br>Plaintiffs,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | Case No.: 2:19-cv-00263-MMD-VCF<br><br>**Stipulation and Order for Dismissal with Prejudice** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiffs, Jeanette Teal, Individually and as heir and as Administratrix of the Estate of Everett Teal (deceased) and Russell Teal, Individually and as heir, by and through their counsel of record, and Defendant, the United States of America, by and through its counsel of record, that Plaintiff's lawsuit against the United States hereby be dismissed, with prejudice, pursuant to the settlement agreement, with each party to bear their own fees and costs.

//
//
//
//
//

DATED this 20th day of July 2020.

THE GAGE LAW FIRM, PLLC

/s/ David O. Creasy
DAVID O. CREASY
ONE Summerlin
1980 Festival Plaza Drive, Suite 270
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

NICHOLAS A. T`RUTANICH
United States Attorney

/s/ Brian W. Irvin
BRIAN W. IRVIN
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**
~~UNITED STATES MAGISTRATE JUDGE~~

DATED: July 20, 2020